**COURTROOM DEPUTY MINUTES**   DATE:   **SEPTEMBER 13, 2006**
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 3:12 - 3:21

- ☑ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- ☑ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
| CASE NO. <u>2:06CR206-MHT-CSC</u> | DEFT. NAME: <u>KEVIN ONEIL BROWN</u> |
| USA: <u>Kent Brunson</u> | ATTY: <u>WILLIAM R. BLANCHARD, JR.</u> |
| USPTSO/USPO: <u>Tamara Martin</u> | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ; |

Defendant _____ does _✓_ does NOT need an interpreter; NAME:_____

---

| | | |
|---|---|---|
| ✓ Kars. | Date of Arrest **9/14/06** or | ☐ Rule 5 Arrest |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. | ☐ Pro/Sup Rel Violator |
| ✓ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel. | |
| ☐ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☑ k20appt. | Panel Attorney Appointed;  ☑ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐  To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** ☐ Set for_____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☑ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☑ kbnd. | ☑ **BOND EXECUTED** (M/D AL charges) $ **25,000.00** Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of  Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| ✓ Karr. | **ARRAIGNMENT SET FOR:**_____ ✓ **HELD.** Plea of **NOT GUILTY** entered. | |
| | ✓ **Trial Term** 10/30/06 ; ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | ✓ **DISCOVERY DISCLOSURES DATE:** 9/15/06 | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |