# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06CR206-MHT |
| ) | |
| ALETHIA ADRIANNE SCOTT and ) | |
| KEVIN ONEIL BROWN ) | |
| ) | |

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to Defendant Brown's Motion for Extension of Time to File Pretrial Motions as follows:

The United States does not object to the request for a continuance of ten days.

Respectfully submitted this the 22nd day of September, 2006.

                                                              LEURA G. CANARY
                                                              UNITED STATES ATTORNEY

                                                              /s/ Christopher Snyder
                                                             CHRISTOPHER A. SNYDER
                                                             Assistant United States Attorney
                                                            Post Office Box 197
                                                           Montgomery, Alabama 36101-0197
                                                           334.223.7280
                                                           334.223.7135 fax
                                                           christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  v.      )    CR. NO.  2:06CR206-MHT  )  ALETHIA ADRIANNE SCOTT and )  KEVIN ONEIL BROWN   )  ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Bill Blanchard.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov