| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: SEPTEMBER 25, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:27 p.m. to 1:29 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR206-MHT-CSC     **DEFENDANT NAME:** KEVIN O. BROWN

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. CHRISTOPHER SNYDER | ATTY. WILLIAM BLANCHARD |

√   **DISCOVERY STATUS:** Complete.

_____

√   **PENDING MOTION STATUS:** Deft's motion to Ext. Time to file Pretrial motions;

_____

√   **PLEA STATUS:** Possible Plea

_____

√   **TRIAL STATUS:** Will take 1 day to try cases, if goes to trial.

_____

√   **REMARKS:** Court grants the motion to ext. time to 10/2/06.

_____