IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr206-MHT |
| | ) | |
| KEVIN ONEIL BROWN | ) | |

**ORDER**

Upon consideration of the motion to sever (doc. # 40) filed by the defendant, it is

ORDERED that the United States shall show cause on or before October 16, 2006, why the motion should not be granted.

Done this 11th day of October, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE