IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr206-MHT |
| **KEVIN ONEIL BROWN** | ) | |

## ORDER

It is ORDERED that the motion for severance (doc. no. 40) is denied as moot.

DONE, this the 24th day of October, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**