IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.2:06cr206-MHT |
| | ) | |
| KEVIN O'NEIL BROWN | ) | |

**ORDER**

Upon consideration of the defendant's motion for prior approval to hire a forensic psychiatrist in aid of the defense, and pursuant to 18 U.S.C. § 3006A(e)(1), and upon the court's finding that such services are necessary and that the defendant is financially unable to obtain them, it is

ORDERED that the motion be and is hereby GRANTED.

Pursuant to 18 U.S.C. § 3006A(3), it is further

ORDERED that prior approval for payment of the services be and is hereby GRANTED.  Compensation to be paid to a forensic psychiatrist for services rendered shall not exceed $1,600.00, exclusive of reimbursement for expenses reasonably incurred. GUIDE TO JUDICIARY POLICIES AND PROCEDURES, Vol. 7, Sec. A, Chap. 3.02A.

Done this 24th day of October, 2006.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE