COURTROOM DEPUTY MINUTES          DATE :   DECEMBER 15,  2006

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:28 — 1:30

---

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY      DEPUTY CLERK: WANDA STINSON


CASE NUMBER: 2:06CR206-MHT-CSC          DEFENDANT NAME: KEVIN O. BROWN

### APPEARANCES

GOVERNMENT                              DEFENDANT COUNSEL

ATTY. CHRISTOPHER SNYDER                 ATTY. WILLIAM BLANCHARD

---

√    DISCOVERY STATUS: Complete.

_____

√    PENDING MOTION STATUS:   None.

_____

☐    PLEA STATUS:

_____

☑    TRIAL STATUS: *Deft to have mental evaluation done.*
*2 day for trial.*
_____

☐    REMARKS:

_____