IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr206-MHT |
| ) | |
| KEVIN ONEIL BROWN ) | |

**Motion for Leave to Dismiss Indictment**

The United States requests leave to dismiss the Indictment filed against Kevin Oneil Brown on September 6, 2006. A new indictment was returned against Brown on January 17, 2007. United States requests, however, that the September 6, 2006 Indictment remain in effect against Brown's other co-defendant in this case.

Respectfully submitted this the 24th day of January, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:06cr206-MHT |
| **KEVIN ONEIL BROWN** | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I filed the foregoing with the Clerk of the Court and will mail copies of such filing to all attorneys of record.

        Respectfully submitted,
        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        334.223.7280
        334.223.7135 fax
        christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO. 2:06cr206-MHT |
| ) | |
| **KEVIN ONEIL BROWN** ) | |

<u>O R D E R</u>

Upon consideration of the Motion for Leave to Dismiss the Indictment filed on September 6, 2006, heretofore filed in the above styled cause as to Kevin Oneil Brown, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on September 6, 2006, in the above styled cause as to Kevin Oneil Brown.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135